**Steven A. Berkowitz (0569)**
**Christopher Corsi (2432)**
STEVEN A. BERKOWITZ
& ASSOCIATES, P.C.
**10000 Lincoln Drive East, Ste. 202**
**Marlton, NJ 08053**
**Phone: (856) 350-6060**
**Fax:  (856) 751-1677**
**ATTORNEYS FOR PLAINTIFF**
**J&J NEW JERSEY, LLC**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| J&J NEW JERSEY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITY CONSTRUCTION SERVICES, INC., ATA/BEILHARZ ARCHITECTS, LLC, KOHRS LONNEMANN HEIL ENGINEERS, PSC, FRANK MELI d/b/a MELI PLUMBING & HEATING, INC., MELI PLUMBING & HEATING, INC., AND NAI DILEO-BRAM PROPERTY MANAGEMENT, LLC, <br><br> Defendants. | Civil Case No.: 3:13-cv-05096-PGS-DEA <br><br> CIVIL ACTION <br><br> **NOTICE OF MOTION FOR RECONSIDERATION BY PLAINTIFF J&J NEW JERSEY, LLC** |

TO:  ALL COUNSEL

**PLEASE TAKE NOTICE** that on June 15, 2015, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff J&J New Jersey, LLC, shall apply to the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse,

Trenton, New Jersey, for an Order granting this Motion for Reconsideration.

    **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

    **PLEASE TAKE FURTHER NOTICE** that a Memorandum of Law, proposed form of Order, Exhibits and Certification of Steven A. Berkowitz are annexed hereto and made a part hereof.

                                          Respectfully submitted,

Dated:   May 14, 2015

                                          */s/ Steven A. Berkowitz*
                                          Steven A. Berkowitz
                                          Berkowitz & Associates, P.C.
                                          10000 Lincoln Drive East
                                          Suite 202
                                          Marlton, New Jersey 08053