```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: February 1, 2016

Court Reporter:  Frank Gable

TITLE OF CASE:                             CIVIL 13-5096(PGS)
J&J NEW JERSEY, LLC
     vs.
UNITY CONSTRUCTION
SERVICES, INC., et al

APPEARANCES:
Steven Alan Berkowitz, Esq for Plaintiff not present

John H. King, Esq for Defendant ATA/Beilharz Architects, LLC

Vincent E. Reilly, Esq for Defendant Kohrs Lonnemann Heil Engineers, PSC

Robert J. Gillispie, Jr., Esq. for Defendant Frank Meli d/b/a as Meli Plumbing & Heating, Inc.

NATURE OF PROCEEDINGS:

Hearing on Notice of motion [79] by ATA/Beilharz Architects, LLC., to Appeal of Magistrate Judge Decision.
Ordered motion Reserved.


TIME COMMENCED: 10:30 AM                   Dolores J. Hicks
TIME ADJOURNED: 11:15 AM                      Deputy Clerk
TOTAL TIME:        0:45